✤JS 45 (5/97) - (Revised U S D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No. **II**        Investigating Agency **DEA**

City **Boston**                Related Case Information:

County **Suffolk**             Superseding Ind./ Inf. _____   Case No. _____
                               Same Defendant _____           New Defendant **X**
                               Magistrate Judge Case Number _____
                               Search Warrant Case Number **11-MJ-7047, 7049, 7052-JCB**
                               R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Owens Brown**                Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address  (City & State) **151 Walnut Avenue, Revere, MA**

Birth date (Yr only): **1978**  SSN (last4#): **2665**  Sex **M**  Race: **Black**  Nationality: **USA**

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA **Theodore B. Heinrich**                  Bar Number if applicable _____

Interpreter:   ☐ Yes  ☑ No       List language and/or dialect: _____

Victims:   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

☑ Warrant Requested         ☐ Regular Process         ☐ In Custody

**Location Status:**

Arrest Date **May 13, 2011**

☐ Already in Federal Custody as of _____ in _____
☑ Already in State Custody at **Nashua Street**    ☐ Serving Sentence    ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☐ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **05/26/2011**    Signature of AUSA: _(signed)_

JS 45 (5/97) (Revised U.S.D C MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Owens Brown

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute and Distribution of Cocaine | 1 |
| Set 2 | 18 U.S.C. 2 | Aiding and Abetting | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011