℀JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**　　　　　　　　　　　　　　**U.S. District Court - District of Massachusetts**

**Place of Offense:**　　　　**Category No.** II　　　　**Investigating Agency** DEA

**City** Boston　　　　**Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____　Case No. _____
Same Defendant _____　New Defendant ✓
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Archie Allen　　Juvenile:　☐ Yes  ✓ No

Is this person an attorney and/or a member of any state/federal bar:　☐ Yes  ✓ No

Alias Name _____

Address (City & State) 251 Meridian Street, East Boston, MA 02128

Birth date (Yr only): 1970　SSN (last4#): 0365　Sex M　Race: Black　Nationality: USA

Defense Counsel if known: _____　Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA Theodore B. Heinrich　　Bar Number if applicable _____

Interpreter:　☐ Yes  ✓ No　List language and/or dialect: _____

Victims:　☐ Yes  ✓ No　If yes, are there multiple crime victims under 18 USC§3771(d)(2)　☐ Yes  ☐ No

Matter to be SEALED:　✓ Yes　☐ No

✓ Warrant Requested　　☐ Regular Process　　☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____　☐ Serving Sentence　☐ Awaiting Trial
☐ On Pretrial Release:　Ordered by: _____　on _____

**Charging Document:**　☐ Complaint　☐ Information　✓ Indictment

**Total # of Counts:**　☐ Petty　☐ Misdemeanor　✓ Felony　1

Continue on Page 2 for Entry of U.S.C. Citations

✓　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/26/2011　　Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** Archie Allen

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute and Distribution of Cocaine | 1 |
| Set 2 | 18 U.S.C. 2 | Aiding and Abetting | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011 wpd - 3/25/2011