&JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II  **Investigating Agency** DEA

**City** Boston  **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant ✓
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Archie Allen  Juvenile: ☐ Yes ✓ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✓ No

Alias Name: _____

Address (City & State): 251 Meridian Street, East Boston, MA 02128

Birth date (Yr only): 1970  SSN (last4#): 0365  Sex: M  Race: Black  Nationality: USA

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Theodore B. Heinrich  Bar Number if applicable _____

Interpreter: ☐ Yes ✓ No  List language and/or dialect: _____

Victims: ☐ Yes ✓ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ✓ Yes ☐ No

✓ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ✓ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ✓ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

✓  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 05/26/2011  Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Archie Allen

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute and Distribution of Cocaine | 1 |
| Set 2 | 18 U.S.C. 2 | Aiding and Abetting | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011 wpd - 3/25/2011