UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
_____
UNITED STATES                      )
                                   )
                                   )
                                   )
v.                                 )Criminal No.11-10206-DPW
                                   )
                                   )
                                   )
OWENS BROWN                        )
```

**DEFENDANT'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER**

**(Document #18)**

The government has filed a motion for a protective order providing for the limited dissemination of discovery materials to the defendant under the condition that the defendant "maintain the materials in the defendant's exclusive possession, as facilitated by prison authorities". The materials include "thousands of communications involving dozens of individuals".

The defendant objects to the scope of the protective order because:

(1) there is no basis for the restrictions set forth in the motion except vague statements alleging invasion of privacy, hampering investigations and "possibly" safety threats; and

(2) there is no procedure established whereby the defendant may have access to the discovery material to help in the preparation

of his defense and still be able to maintain the material in his exclusive possession.

The defendant is presently in custody at the Plymouth County House of Correction and will not be able to abide by terms of this order unless the Plymouth County Sherriff's office either agrees to or is ordered to aid the defendant in the storage of the materials and to provide the defendant access to the materials upon request.

Respectfully submitted:

/s/ John P. Moss, Jr.
John P. Moss, Jr.
BBO #357940
675 Massachusetts Ave.
Cambridge, Massachusetts 02139
    491-1129

CERTIFICATE OF SERVICE

I, John P. Moss Jr., hereby certify that this document was sent electronically to the registered participants as identified on the Notice of Electronic filing by the CM/ECF of this District today July 6, 2011. No party requires service by mail.

/s/ John P. Moss,Jr.
John P. Moss, Jr.