UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
11-10206-DPW

UNITED STATES OF AMERICA

v.

OWENS BROWN, ARCHIE ALLEN

**ORDER AND INITIAL STATUS REPORT**

**July 18, 2011**

BOAL, M.J.

An Initial Status Conference was held before this court pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court enters the following report and order.

1. The defendants are in the process of reviewing materials produced to date. No relief from L.R. 116.3 is needed at this time.

2. No schedule for discovery motions is necessary at this time.

3. The defendants do not request expert discovery at this time.

4. The government anticipates providing further discovery.

5. In this court's and the parties' view, this is not a case involving unusual or complex issues for which an early joint conference of the District Judge and the Magistrate Judge with counsel of record would be useful.

6. In this court's and the parties' view, this is not a case involving features which would warrant special attention or modification of the standard schedule, except to the extent provided herein.

7. It is premature to determine whether the defendants will file any dispositive motions.

8. It is too early to determine whether a trial will be necessary. A trial, if it occurs, will last approximately two weeks.

9. The government shall submit a motion regarding periods of excludable delay within one week of the date of the Initial Status Conference.

10. **An Interim Status Conference has been scheduled for August 30, 2011 at 11:00 a.m.**

      / s / Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE