```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) CRIMINAL NO. 11-10206-DPW |
|  | ) |
| v. | ) VIOLATION: |
|  | ) |
| 1.  **OWENS BROWN, and** | ) 21 U.S.C. § 841(a)(1) - |
|  | )     Possession With Intent |
| 2.  **ARCHIE ALLEN,** | )     to Distribute and |
|  | )     Distribution of Cocaine Base |
|  | ) |
|  | ) 18 U.S.C. § 2 - |
|     **Defendants.** | )     Aiding and Abetting |
|  | ) |
|  | ) 21 U.S.C. § 853 - |
|  | )     Criminal Forfeiture |

### SUPERSEDING INDICTMENT

**COUNT ONE:**  (21 U.S.C. § 841 -- Possession With Intent to Distribute and Distribution of More Than 28 Grams of Cocaine Base; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about April 25, 2011, at Boston, in the District of Massachusetts,

1. Owens Brown, and
2. Archie Allen,

the defendants herein, did knowingly and intentionally distribute, and possess with intent to distribute, 28 grams or more of a mixture and substance which contains a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in this Indictment,

    1. **Owens Brown, and**
    2. **Archie Allen,**

defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 above.

All in violation of Title 21, United States Code, Section 853.

                                                A TRUE BILL,

                                                _____
                                                FOREPERSON OF THE GRAND JURY

_____
Theodore B. Heinrich
Emily Cummings
Assistant U.S. Attorneys


DISTRICT OF MASSACHUSETTS                         July 21, 2011

    Returned into the District Court by the Grand Jurors and filed.

                                          _____
                                          Deputy Clerk

                                          11:51