JS 45 (5/97) - (Revised U S D C MA 3/25/2011)

**Criminal Case Cover Sheet**                                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City**   Boston                         **Related Case Information:**

**County**   Suffolk                      Superseding Ind./ Inf.  X          Case No.   11-CR-10206-DPW

                                          Same Defendant  X          New Defendant

                                          Magistrate Judge Case Number

                                          Search Warrant Case Number   11-MJ-7047, 7049, 7052-JCB

                                          R 20/R 40 from District of

**Defendant Information:**

**Defendant Name**   Owens Brown          Juvenile:   ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

**Alias Name**

**Address**          (City & State)   151 Walnut Avenue, Revere, MA                     ⊞

**Birth date (Yr only):** 1978  **SSN (last4#):** 2665  **Sex** M   **Race:** Black   **Nationality:** USA

**Defense Counsel if known:**   John Moss          Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Theodore B. Heinrich          Bar Number if applicable

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect:

**Victims:**   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

          ☐ Warrant Requested          ☐ Regular Process          ☑ In Custody

**Location Status:**

**Arrest Date**   May 13, 2011

☑ Already in Federal Custody as of   6/17/2011   in

☐ Already in State Custody at ————————   ☐ Serving Sentence          ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by:                     on

**Charging Document:**   ☐ Complaint   ☐ Information          ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☐ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: 07/21/2011          Signature of AUSA:

JS 45  (5/97)  (Revised U.S D C  MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Owens Brown

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute and Distribution of more then 28 grams of Cocaine Base | 1 |
| Set 2 | 18 U.S.C. 2 | Aiding and Abetting | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011 wpd - 3/25/2011

&JS 45 (5/97) - (Revised U S D C  MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        Category No.  II _____        Investigating Agency  DEA _____

**City**   Boston _____        **Related Case Information:**

**County**   Suffolk _____        Superseding Ind./ Inf.  X _____   Case No.  11-CR-10206-DPW

Same Defendant  X _____   New Defendant _____

Magistrate Judge Case Number   _____

Search Warrant Case Number   _____

R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Archie Allen _____        Juvenile:        ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes  ☑ No

Alias Name   _____

Address   (City & State)   251 Meridian Street, East Boston, MA 02128 _____   ⊞

Birth date (Yr only): 1970   SSN (last4#): 0365   Sex M        Race: Black        Nationality: USA

**Defense Counsel if known:**   Paul Garrity        Address _____

**Bar Number** _____        _____

**U.S. Attorney Information:**

**AUSA**   Theodore B. Heinrich _____   Bar Number if applicable   _____

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect:   _____

**Victims:**   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

**Matter to be SEALED:**   ☐ Yes  ☑ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____ 6/3/2011

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence        ☐ Awaiting Trial

☑ On Pretrial Release:   Ordered by:   MJ Bowl        on   6/5/2011

**Charging Document:**   ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/21/2011        Signature of AUSA:   _____

JS 45 (5/97)  (Revised U S.D C  MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Archie Allen _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute and Distribution of more than 28 Grams of Cocaine Base | 1 |
| Set 2 | 18 U.S.C. 2 | Aiding and Abetting | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____