JS 45 (5/97) - (Revised U S D C MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **DEA**

City **Boston**

County **Suffolk**

**Related Case Information:**
Superseding Ind./ Inf. **X**   Case No. **11-CR-10206-DPW**
Same Defendant **x**   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number **11-MJ-7047, 7049, 7052-JCB**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Owens Brown**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) **151 Walnut Avenue, Revere, MA**

Birth date (Yr only): **1978**   SSN (last4#): **2665**   Sex **M**   Race: **Black**   Nationality: **USA**

Defense Counsel if known: **John Moss**   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA **Theodore B. Heinrich**   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

Arrest Date **May 13, 2011**

☑ Already in Federal Custody as of **6/17/2011** in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

Charging Document:   ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts:   ☐ Petty ___   ☐ Misdemeanor ___   ☐ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **07/21/2011**   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S D C MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Owens Brown

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. 841(a)(1) | Possession with Intent to Distribute and Distribution of more then 28 grams of Cocaine Base | 1 |
| Set 2  18 U.S.C. 2 | Aiding and Abetting | 1 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011 wpd - 3/25/2011

≈JS 45 (5/97) - (Revised U S D C MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No. **II**   Investigating Agency **DEA**
City **Boston**   Related Case Information:
County **Suffolk**   Superseding Ind./ Inf. **X**   Case No. **11-CR-10206-DPW**
  Same Defendant **x**   New Defendant _____
  Magistrate Judge Case Number _____
  Search Warrant Case Number _____
  R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Archie Allen**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address   (City & State) **251 Meridian Street, East Boston, MA 02128**

Birth date (Yr only): **1970**  SSN (last4#): **0365**  Sex **M**   Race: **Black**   Nationality: **USA**

Defense Counsel if known: **Paul Garrity**   Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA **Theodore B. Heinrich**   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date   **6/3/2011**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: **MJ Bowl**   on **6/5/2011**

Charging Document:  ☐ Complaint   ☐ Information   ☑ Indictment

Total # of Counts:  ☐ Petty   ☐ Misdemeanor   ☑ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **07/21/2011**   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Archie Allen

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute and Distribution of more than 28 Grams of Cocaine Base | 1 |
| Set 2 | 18 U.S.C. 2 | Aiding and Abetting | 1 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011