FILED
IN CLERK'S OFFICE

2012 JUL 23 P 2: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 11-cr-10206-DPW |
| ) | VIOLATION: 21 U.S.C. §846 |
| OWENS BROWN, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE: 21 U.S.C. § 846: Conspiracy to Distribute Cocaine and Cocaine Base**

From a time on or about March 2007, and continuing thereafter until in or about May 2011, at Boston and elsewhere, in the District of Massachusetts,

**OWENS BROWN,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others both known and unknown, to distribute cocaine, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The United States Attorney further charges that the conspiracy described herein involved at least 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and at least 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii) and (b)(1)(B)(ii) are applicable

to this count.

All in violation of Title 21, United States Code, Section 846.

The United States Attorney further charges:

**FORFEITURE ALLEGATION: 21 U.S.C. § 853**

    1.    Upon conviction of the offense alleged in Counts of this Information,

**OWENS BROWN**,

the defendant herein, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

    2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

        (a) cannot be located upon the exercise of due diligence;

        (b) has been transferred or sold to, or deposited with, a third party;

        (c) has been placed beyond the jurisdiction of the Court;

        (d) has been substantially diminished in value; or

        (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in subparagraphs (a) through (e) of this paragraph.

All pursuant to Title 21, United States Code, Section 853.

By:  CARMEN M. ORTIZ
United States Attorney

/s/ Emily Cummings
Emily Cummings
Assistant U.S. Attorney